SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 5/10/07*

| | |
|---|---|
| WEI XU, | ) |
|       Plaintiff, | ) No. C 07-0876 RMW |
| v. | ) |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigation; CHRISTINA POULOS, Acting Director of the California Service Center, | ) **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
|       Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation for Dismissal
C 07-0876 RMW

1 | Date: April 22, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

8 | Date: April 27, 2007

TRICIA WANG
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/10/07

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Stipulation for Dismissal
C 07-0876 RMW